UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARIE LEE,

     Plaintiff,

v.

                                                   Hon. Robert J. Jonker

RAPID RECOVERY RESOURCES, LLC, et al.,

                                                   Case No. 1:25-cv-1338

     Defendants.

_____/

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

     Darrell Lorenzo Thirkield, Jr. has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Answer  - No. 15
Certificate of Service – No. 16

     This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Darrell Lorenzo Thirkield, Jr. files a signature page (attached) within 21 days of the date of this order.

     IT IS SO ORDERED

Date:  April 14, 2026

                           /s/ Ray Kent
                           RAY KENT
                           U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARIE LEE,

       Plaintiff,

v.

RAPID RECOVERY RESOURCES, LLC, et al.,

       Defendants.

_____/

Hon. Robert J. Jonker

Case No. 1:25-cv-1338

**SIGNATURE PAGE FOR:**

Answer  - No. 15
Certificate of Service – No. 16

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.